In the Matter of JOHN R. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; CHARLES M., Appellant. (Proceeding No. 1.) In the Matter of PHILLIP R. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; CHARLES M., Appellant. (Proceeding No. 2.) [851 NYS2d 891]—

The Family Court providently exercised its discretion in denying the motion of the appellant, a "person legally responsible for the child's care" (Family Ct Act § 1042), to vacate the fact-finding order entered upon his default in appearing at the fact-finding hearing, as the record showed that he "willfully refused to appear at the hearing" (*id.*; *see Matter of Nicholas S.*, 46 AD3d 830 [2007]; *Matter of W. Children*, 256 AD2d 412, 413 [1998]; *Matter of Commissioner of Social Servs. v Margaret D.*, 221 AD2d 439 [1995]). Moreover, the appellant failed to set forth a meritorious defense to the allegations in the petition (*see* Family Ct Act § 1042). Fisher, J.P., Dillon, McCarthy and Belen, JJ., concur.